UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAVID WILLIAM LINDER,

                Plaintiff,          1:16-cv-962
                                          (GLS/DJS)

                v.

NEW YORK STATE POLICE,

                Defendant.
_____

**APPEARANCES:**                 **OF COUNSEL:**

**FOR THE PLAINTIFF:**

DAVID WILLIAM LINDER
25913-048
Plaintiff, *pro se*
Pekin Federal Correctional Facility
Inmate Mail/Parcels
P.O. Box 5000
Pekin, IL 61555

**Gary L. Sharpe
Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-

Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly

filed on April 10, 2017. (Dkt. No. 13.) Following fourteen days from the

service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 13) is **ADOPTED** in its entirety; and it is further

**ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. §§1915(e) and 1915A; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the clerk provide a copy of this Order to the parties in accordance with the court's Local Rules of Practice.

**IT IS SO ORDERED.**

May 2, 2017
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge